# EXHIBIT A

## EDWARD TURNER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Capitol Records, Inc. | Freddie Jackson | Jam Tonight | Just Like The First Time | 81-370 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Betterman | Vitalogy | 206-558 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Musiq | Dontchange | Juslisen | 308-859 |
| Motown Record Company, L.P. | Mary Jane Girls | All Night Long | Mary Jane Girls | 44-100 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |