Sowle, Dawn-UserLog(Compressed)-87569407.txt
Log for User at address 68.0.243.241:6346 generated on 9/2/2005 9:46:39 AM EDT (-0400 GMT)
Total Files: 722
-----------------------------
Total Audio Files: 648
Total Video Files: 14
Total Software Files: 10
Total Document Files: 1
-----------------------------
Total Matched Files: 43
Total Distinct Matches: 27

FileName: (04) Sheryl Crow - The First Cut Is The Deepest.wma (2,320,483 bytes)
FileName: (05) Kelis - In Public ft. Nas.wma (2,686,043 bytes)
FileName: (17) Smilez And Southstar - Now That Youre Gone.wma (5,483,630 bytes)
FileName: (Joan Osborne & Melissa Etheridge) - Bring Me Some Water.mp3 (4,863,661 bytes)
FileName: (Oldies)Roberta Flack - Killing Me Softly.mp3 (4,646,998 bytes)
FileName: (Soundtracks)Hope Floats- Garth Brooks - To Make You Feel My Love.mp3 (3,733,916 bytes)
FileName: 01 - i love you.mp3 (3,306,835 bytes)
FileName: 01-g-unit-u_should_be_here-4hm.mp3 (5,117,828 bytes)
FileName: 01. Signs Of Life.mp3 (8,454,144 bytes)
FileName: 02 Into The Fire.mp3 (4,833,280 bytes)
FileName: 03 Whats Happnin!.wma (2,104,665 bytes)
FileName: 04 - Break Me.mp3 (3,669,784 bytes)
FileName: 04 - Indigo Girls - River - 1200 Curfews (Disc 1).mp3 (3,737,895 bytes)
FileName: 04 - Prince - Life 'o' The Party - Musicology.mp3 (7,157,349 bytes)
FileName: 04 Desafio - Wisin y Yandel - En la disco bailoteo.mp3 (2,708,342 bytes)
FileName: 05 - In Those Jeans.mp3 (2,988,138 bytes)
FileName: 05 KAOS - Sunset Strip.mp3 (4,560,768 bytes)
FileName: 05-Bruce_Springsteen_-_Countin_On_A_Miracle.mp3 (4,547,994 bytes)
FileName: 05_Morphine - Candy.mp3 (4,673,329 bytes)
FileName: 06 - After The Fire Is Gone.mp3 (4,862,148 bytes)
FileName: 06-cd2-busta_rhymes_sean_paul_spliff-make_it_clap_(remix-wcr.mp3 (5,782,452 bytes)
FileName: 07-A New Machine (Part 1).mp3 (1,664,015 bytes)
FileName: 08_Morphine - Thursday.mp3 (4,947,406 bytes)
FileName: 08_Wuthering Heights.mp3 (4,305,935 bytes)
FileName: 09 - Bruce_Springsteen_-_Further_On_Up_The_Road.mp3 (3,727,958 bytes)
FileName: 10 - Stand By Me.mp3 (4,287,160 bytes)
FileName: 10-dru_hill-i_love_you-rns.mp3 (7,527,154 bytes)
FileName: 11 - rod stewart - maggie may.mp3 (5,492,804 bytes)
FileName: 12 - Lil Kim - Magic Stick (Feat 50 Cent) - music-place2b.wma (3,665,004 bytes)
FileName: 12 - You're Missing (1).mp3 (7,465,139 bytes)
FileName: 13-lil_flip-rollin_on_20s-rns (1).mp3 (5,985,511 bytes)
FileName: 13-whats_your_fantasy_ft_ludacris-supermp3s.mp3 (4,432,585 bytes)
FileName: 14-50_cent-21_questions_(feat_nate_dogg)-rns.mp3 (5,387,412 bytes)
FileName: 14-50_cent-21_questions_feat_nate_dogg-rns.mp3 (3,593,997 bytes)
FileName: 17-lil_kim_ft._50_cent-magic_stick(gl_remix)-Omni.mp3 (3,393,485 bytes)
FileName: 1989 Indigo Girls-04 - Prince of Darkness.mp3 (5,172,703 bytes)
FileName: 20._Kelis_-_Trick_Me_(Basement_Jaxx_Mix_Edit).wma (2,475,429 bytes)
FileName: 28 Arnold Layne.mp3 (2,927,932 bytes)
FileName: 3 2 Get Funky - Track 06.mp3 (2,927,472 bytes)
FileName: 50 Cent - Magic Stick.MP3 (7,199,997 bytes)
FileName: 50 cent - pimp (2) modest mouse float on (4).mp3 (2,993,761 bytes)
FileName: 50 Cent-GET RICH OR DIE TRYIN-Many Men.mp3 (5,788,661 bytes)
FileName: 50 cents - Nobody Likes Me (1).mp3 (3,112,960 bytes)
FileName: 504 Boys - I Can Tell U Wanna Fuck feat.mp3 (3,457,024 bytes)
FileName: 50CentandLilKim-MagicStick(elbow).mp3 (3,373,477 bytes)
FileName: 80's - The Pretenders - I Would Walk 500 Miles.mp3 (3,459,072 bytes)

FileName: 9919 One Slip.mp3 (6,133,760 bytes)
FileName: 9924 Terminal Frost.mp3 (7,544,832 bytes)
FileName: A Knights Tale Soundtrack- Bowie, David - Golden Year.mp3 (3,846,060 bytes)
FileName: Aaliyah f. Jay-Z - I Miss U (remix).mp3 (5,702,135 bytes)
FileName: Accidents - Woman Killed in Freak Accident (1).mpg (1,457,148 bytes)
FileName: Actual Murder Caught on Tape from some sick sadistic psycho.mpeg (1,359,876 bytes)
FileName: Aerosmith - Honkin' On Bobo - 01 - Road Runner.mp3 (5,388,294 bytes)
FileName: Aerosmith - I Don't Want To Miss A Thing.mp3 (4,743,044 bytes)
FileName: Aerosmith - Jaded.mp3 (3,638,334 bytes)
FileName: Aerosmith - Pink.mp3 (2,837,966 bytes)
FileName: Aerosmith -- Cryin.mp3 (4,947,382 bytes)
FileName: aerosmith_honkin' on bobo_temperature_.mp3 (7,139,070 bytes)
FileName: Ain't No Mountian High Enough - Marvin Gaye & Tammi Terrell.mp3 (1,770,475 bytes)
FileName: akinyele - put it in my mouth.mp3 (3,211,028 bytes)
FileName: Akinyele-Put It in my mouth (1).mp3 (2,433,024 bytes)
FileName: Al Green - Here I am baby.mp3 (4,104,320 bytes)
FileName: Al Green, B.B.mp3 (3,401,836 bytes)
FileName: Alanis Morrisette - Uninvited (City of Angels).mp3 (4,435,968 bytes)
FileName: alice in chains - Sap (whole album).mp3 (20,032,493 bytes)
FileName: AM Gold (Late 60s Classics) 10 To Sir With Love - Lulu.mp3 (3,653,709 bytes)
FileName: Amanda Perez - Angel.mp3 (3,526,321 bytes)
FileName: Amanda_Perez - I Pray.mp3 (6,262,875 bytes)
FileName: ANASTACIA - Not that kind.mp3 (4,087,808 bytes)
FileName: Angel of Harlem.wma (1,862,766 bytes)
FileName: Ani Defranco - 32 Flavors.mp3 (5,862,314 bytes)
FileName: Ani Defranco - If He Tries Anything.mp3 (3,038,691 bytes)
FileName: Ani Difranco - Anticipate.mp3 (3,197,527 bytes)
FileName: Ani Difranco - Both Hands (with NY Symphony Orchestra).mp3 (4,664,506 bytes)
FileName: Ani DiFranco - Joyful Girl.mp3 (4,440,222 bytes)
FileName: Ani Difranco - Not A Pretty Girl.mp3 (3,807,028 bytes)
FileName: ani difranco - shameless.mp3 (4,657,152 bytes)
FileName: Ani Difranco - Shy.mp3 (4,568,549 bytes)
FileName: Ani Difranco - Tangled Up In Blue (Dylan Cover).mp3 (3,478,200 bytes)
FileName: Ani Difranco - Untouchable Face.mp3 (3,443,136 bytes)
FileName: Ani Difranco-Living In Clip-01-10 Amazing Grace.mp3 (6,852,812 bytes)
FileName: Annie Lennox, Eurithmics - Would I Lie To You .mp3 (5,335,040 bytes)
FileName: Annie Lenox - A Whiter Shade Of Pale.mp3 (5,049,116 bytes)
FileName: Annie Lenox - Cold.mp3 (4,186,279 bytes)
FileName: Annie Lenox - Little Bird.mp3 (4,470,491 bytes)
FileName: Anticon - Guns and Cigarettes (Atmosphere).mp3 (4,214,784 bytes)
FileName: Aqua Hunger Team - Balloonenstein.mpg (120,097,888 bytes)
FileName: Aqua Teen Hunger Force - 010 - Dumber Dolls.mpeg (125,152,048 bytes)
FileName: Aqua Teen Hunger Force - 06 - Space Conflict From Beyond Pluto.avi (52,390,106 bytes)
FileName: Aqua Teen Hunger Force - 08 - Mooninites Revenge.mpg (121,354,632 bytes)
FileName: Aqua Teen Hunger Force - 09 - MC Pee Pants.mpg (118,812,176 bytes)
FileName: Aqua Teen Hunger Force - 303 - Super Bowl.avi (56,418,304 bytes)
FileName: Eddie Izzard - Cake or Death.mp3 (1,454,750 bytes)
FileName: Aqua Teen Hunger Force - Christmas 2002.mpg (115,842,104 bytes)
FileName: Aqua Teen Hunger Force - Rabbot (Uncut).avi (118,034,432 bytes)
FileName: Aqua Teen Hunger Force - TearingAss (1).wmv (591,056 bytes)
FileName: Aqua Teen Hunger Force- Bad Replicant.mpg (189,853,700 bytes)
FileName: Aqua Teen Hunger Force- Circus.mpg (173,217,796 bytes)
FileName: Aqua_Teen_Hunger_Force_-_1-800-CALL-ATT_Commercial.avi (1,161,132 bytes)
FileName: aqua_teen_hunger_force_-_103_-_bus_of_the_undead_{del23}.avi (53,809,152 bytes)
FileName: Archies - Sugar, Oh Honey, Honey.mp3 (2,715,648 bytes)
FileName: Areosmith - Janie's Got a Gun.mp3 (5,289,400 bytes)

FileName: Aretha Franklin - Amazing Grace.mp3 (10,382,234 bytes)
FileName: Aretha Franklin - I Say A Little Prayer.mp3 (3,342,255 bytes)
FileName: Aritha Franklin - Say A Little Prayer.mp3 (3,464,173 bytes)
FileName: Ashanti - 03 - Happy - music-madness.mp3 (2,625,317 bytes)
FileName: Ashanti - Rock With You.mp3 (5,090,925 bytes)
FileName: Ashanti Feat Scarface - Baby (djbabyface Rmx Final).mp3 (4,741,248 bytes)
FileName: ATHF - Love Mummy.avi (98,568,192 bytes)
FileName: atmosphere - nothing but sunshine.mp3 (7,209,144 bytes)
FileName: Atmosphere 2.mp3 (2,800,872 bytes)
FileName: Average White Band - Cut The Cake.mp3 (3,512,320 bytes)
FileName: Average White Band - Pick Up The Pieces.mp3 (5,882,916 bytes)
FileName: Average White Band - Play That Funky Music White Boy.mp3 (4,088,788 bytes)
FileName: B.B. King & Eric Clapton - Riding With The King - 01 - Riding With The King.mp3 (4,225,024 bytes)
FileName: B2K ft P. Diddy - Bump, Bump, Bump.mp3 (1,137,369 bytes)
FileName: b2k- y i luv u.wma (1,356,599 bytes)
FileName: Banned From TV - fatal motorcycle jump.mpg (3,121,132 bytes)
FileName: Bare Naked Ladies - If I Had a Million Dollars (Live).mp3 (4,873,858 bytes)
FileName: Best of the Big 80s - Crowded House - Hey Now, Hey Now.mp3 (3,767,355 bytes)
FileName: Bett Midler - The rose.mp3 (3,401,958 bytes)
FileName: Black Crows - Hard To Handle.mp3 (3,021,009 bytes)
FileName: Black Crows - Hey Little Thing.mp3 (3,004,290 bytes)
FileName: Black Crows - Jealous again.mp3 (4,428,986 bytes)
FileName: Black Crows - She Talks To Angels.mp3 (5,265,536 bytes)
FileName: Bo Diddly Muddy Waters Little Walter - Who Do You Love.mp3 (4,071,887 bytes)
FileName: Bob Dylan & Grateful Dead - Highway 61 (Live).mp3 (3,670,888 bytes)
FileName: Bob Dylan - All Along the Watchtower.mp3 (2,426,380 bytes)
FileName: bob dylan - everybody must get stoned.mp3 (4,398,446 bytes)
FileName: Bob Dylan - Mr. Tambourine Man.mp3 (5,259,264 bytes)
FileName: Bob Dylan - tangled up in blue.mp3 (5,458,546 bytes)
FileName: Bob Dylan and Paul Simon - Sound of Silence.mp3 (6,127,616 bytes)
FileName: Bob Dylan-Like A Rolling Stone.mp3 (5,913,477 bytes)
FileName: Bob Marley - Buffalo Soldier (1).mp3 (4,118,569 bytes)
FileName: Bob Marley - Jammin.mp3 (3,164,369 bytes)
FileName: Bob Marley-Buffalo Soldier.mpg (25,919,492 bytes)
FileName: Bob Seger & Martina McBride - Chances Are (Hope Floats).mp3 (4,104,192 bytes)
FileName: Bonnie rait - luck of the draw.mp3 (3,723,840 bytes)
FileName: Bonnie Raitt & B.B. King - Baby I Love You.mp3 (3,866,752 bytes)
FileName: Bonnie Raitt - I Can't Make You Love Me (1).mp3 (5,334,413 bytes)
FileName: Bonnie Tyler - Turn Around (Bright Eyes) (1).mp3 (5,251,367 bytes)
FileName: Bonnie Tyler - It's A Heartache.mp3 (3,424,467 bytes)
FileName: BONNIE~7.MP3 (4,704,256 bytes)
FileName: Braid My Hair.mp3 (741,504 bytes)
FileName: Brandy - Everything I Do.mp3 (3,987,770 bytes)
FileName: Bread - Diary.mp3 (3,014,784 bytes)
FileName: Bread - If.mp3 (3,133,440 bytes)
FileName: Bread - Just When I Needed You Most.mp3 (3,877,644 bytes)
FileName: Bread - Lost Without Your Love.mp3 (2,750,850 bytes)
FileName: Bread - Make It With You.mp3 (3,141,944 bytes)
FileName: Bread - Summer Breeze.mp3 (3,270,656 bytes)
FileName: Bread - The Guitar Man.mp3 (3,641,344 bytes)
FileName: Brian Adams - Everything I Do (I Do It For You).mp3 (3,863,064 bytes)
FileName: brian adams - hope floats soundtrack.mp3 (3,498,532 bytes)
FileName: Bruce Springsteen - 07 World's Apart.mp3 (5,882,120 bytes)
FileName: Bruce Springsteen - 10 The Fuse.mp3 (5,403,974 bytes)
FileName: Bruce Springsteen - 14 Paradise.mp3 (5,426,962 bytes)
FileName: Bruce Springsteen - My City of Ruin (121800).mp3 (6,038,398 bytes)
FileName: Bruce Springsteen - The Rising (new single).mp3 (4,926,542 bytes)
FileName: Bruce Springsteen - The Rising - 14 - Paradise.mp3 (3,328,737 bytes)

FileName: Bruce Springstein - Streets Of Philidelphia.mp3 (4,113,264 bytes)
FileName: Bruce Springstein-Im On Fire.mp3 (2,263,405 bytes)
FileName: Bryan Adams - When a Man Loves a Women.mp3 (4,399,232 bytes)
FileName: Bubba Sparxx - Deliverance.mp3 (5,066,796 bytes)
FileName: Buddy Guy & Jeff Beck - Mustang Sally.mp3 (4,478,432 bytes)
FileName: Busta Rhymes ft. P Diddy & The Neptunes - Pass The Courvoisier (Remix).mp3 (4,037,452 bytes)
FileName: Candle Box - Cover me.mp3 (4,541,510 bytes)
FileName: Candle Box-Maybe.mp3 (4,796,416 bytes)
FileName: Candlebox - Far Behind (1).mp3 (4,711,942 bytes)
FileName: Candlebox - Far behind.mp3 (4,195,968 bytes)
FileName: Candlebox - Hey Jealousy.mp3 (3,140,045 bytes)
FileName: Cheryl Crow - Everyday Is A Winding Road.mp3 (3,515,629 bytes)
FileName: Chingy 12 holiday Inn.mp3 (7,547,939 bytes)
FileName: Chris Issack - Fall in love.mp3 (3,934,336 bytes)
FileName: Chris Issack - Wicked Game.mp3 (3,467,716 bytes)
FileName: Chris Issack-Baby Did a Bad Thing.mp3 (2,775,040 bytes)
FileName: Chris Issak-Somebody's Crying.mp3 (2,685,557 bytes)
FileName: Christina Aguilara, Pink, Mya, Lil' Kim - Lady Marmalade (Moulin Rouge Remix).mp3 (4,055,164 bytes)
FileName: City High - What Would You Do-.mp3 (3,512,320 bytes)
FileName: Collin Raye - Butterfly Kisses.mp3 (6,820,117 bytes)
FileName: Comedy - Dirt Bike Crash (1).mpeg (539,976 bytes)
FileName: Comedy - Drunk Gymnist.mpg (657,380 bytes)
FileName: Comedy-Eddie Izzard - 22 - Definite Article.mp3 (2,756,150 bytes)
FileName: Copy of Cheryl Crow - If It Makes You Happy.mp3 (3,241,379 bytes)
FileName: Counting Crows - A Long December.mp3 (4,763,480 bytes)
FileName: Counting Crows - Goodnight Elizabeth.mp3 (5,122,925 bytes)
FileName: Counting Crows - Hanging Around.mp3 (3,949,118 bytes)
FileName: Counting Crows - I'm Not Sleeping.mp3 (4,764,026 bytes)
FileName: Counting Crows - Mr. Jones.mp3 (4,303,178 bytes)
FileName: Counting Crows - One More Night In Hollywood.mp3 (4,763,480 bytes)
FileName: Counting Crows - Round Here.mp3 (5,309,598 bytes)
FileName: Cream - Crossroads.mp3 (5,075,719 bytes)
FileName: Cream - White Room.mp3 (4,755,616 bytes)
FileName: Crystal Blue Persuasion.mp3 (3,886,689 bytes)
FileName: Cuando Llegara.wma (1,903,210 bytes)
FileName: eddie izzard - cunning use of flags.mp3 (988,420 bytes)
FileName: Cybernetic Ghost of Christmas Past.avi (53,466,624 bytes)
FileName: Dave Mathew's Band - Crush.mp3 (3,989,504 bytes)
FileName: Dave Mathews Band - Crash Into Me.mp3 (5,061,067 bytes)
FileName: Dave Mathews Band - I'll Back You Up.mp3 (2,273,236 bytes)
FileName: Dave Mathews Band - Satellite.mp3 (4,666,514 bytes)
FileName: Dave Mathews Band - So Much to Say.mp3 (3,462,583 bytes)
FileName: Dave Mathews Band - Tripping Billies.mp3 (4,800,512 bytes)
FileName: Dave Matthews Band - #41 With Bela Fleck.mp3 (12,855,407 bytes)
FileName: dave matthews band - come and dance with meyr.mp3 (5,961,728 bytes)
FileName: David Bowie - Ashes To Ashes.mp3 (4,229,120 bytes)
FileName: David Bowie - Changes.mp3 (3,538,944 bytes)
FileName: David Bowie - China Girl.mp3 (5,257,636 bytes)
FileName: David Bowie - Heroes.mp3 (3,489,792 bytes)
FileName: David Bowie - Let's Dance.mp3 (4,009,984 bytes)
FileName: Days of the New - Bring Me Down.mp3 (4,108,248 bytes)
FileName: Days of the New - Dancing With The Wind - 3 (Red).mp3 (12,197,685 bytes)
FileName: Days Of The New - Die Born.mp3 (4,734,501 bytes)
FileName: Days of the New - DN04 - Solitude.mp3 (4,024,448 bytes)
FileName: Days of the New - Enemy.mp3 (4,965,885 bytes)
FileName: Days Of The New - Fighting With Clay.mp3 (3,462,338 bytes)
FileName: Days of the New - Hang on to This.mp3 (4,038,643 bytes)
FileName: Days Of The New - Shelf In The Room.mp3 (4,536,657 bytes)
FileName: Days Of The New - The Down Town.mp3 (4,107,993 bytes)
FileName: Days of the New - Touch, Peel and Stand.mp3 (4,763,898 bytes)
FileName: Days Of The New-Where I Stand.mp3 (5,502,976 bytes)

FileName: Days of the New-Whimsical.mp3 (5,783,680 bytes)
FileName: dDave Mathews Band - All Along The Watchtower.mp3 (9,705,140 bytes)
FileName: Dio - Holy Diver (1).mp3 (5,168,240 bytes)
FileName: Disturbed - Down With The Sickness (1).mp3 (1,639,728 bytes)
FileName: DMB Jeremy - live cover.mp3 (6,370,736 bytes)
FileName: DMX -Aint No Sunshine -.mp3 (5,158,452 bytes)
FileName: Dont Wanna Fall.wma (2,543,445 bytes)
FileName: dream - I Miss You Like Crazy.mp3 (4,057,088 bytes)
FileName: Drifters - Stand By Me.mp3 (2,107,662 bytes)
FileName: dru hill - i love u.mp3 (5,019,648 bytes)
FileName: Dylan, Bob - Gotta Serve Somebody.mp3 (5,112,912 bytes)
FileName: Eddie Izzard - 03 - Afghanistan.mp3 (1,974,230 bytes)
FileName: Eddie Izzard - Definite Article.mp3 (59,552,206 bytes)
FileName: eddie izzard - Glorious.mp3 (67,713,706 bytes)
FileName: Eddie Izzard - Starship Enterprise.mp3 (9,279,488 bytes)
FileName: Eddie Izzard - The tyranny of ducks.mp3 (2,523,136 bytes)
FileName: eddie izzard - Unrepeatable.mp3 (65,218,560 bytes)
FileName: Eminem - If I Had.mp3 (3,946,576 bytes)
FileName: Empty sky.mp3 (3,442,032 bytes)
FileName: Enigma - Sadeness Part 1 - Extended Trance Mix.mp3 (4,587,648 bytes)
FileName: Enya - (Enigma) Sadness Part 1.mp3 (4,095,902 bytes)
FileName: Enya - Only Time.mp3 (3,526,739 bytes)
FileName: Episode 301 - Super Birthday Snake (1).avi (59,336,022 bytes)
FileName: Eric Clapton & Carlos Santana - Very Rare 24 Minute Live Jam.mp3 (17,810,832 bytes)
FileName: Eric Clapton & Tracy Chapman - Gimme One Reason [unplugged].mp3 (4,239,360 bytes)
FileName: Eric Clapton - If I Could Change the World.mp3 (3,777,643 bytes)
FileName: Eric Clapton - It was you.mp3 (4,530,259 bytes)
FileName: Eric Clapton - Lay Down Sally.mp3 (3,671,899 bytes)
FileName: Eric Clapton - Mustang Sally (1).mp3 (3,831,849 bytes)
FileName: Eric Clapton - River Of Tears.mp3 (7,024,038 bytes)
FileName: Eric Clapton - Tears In Heaven.mp3 (4,418,246 bytes)
FileName: Eryka Badu - Call Tyrone.mp3 (3,761,632 bytes)
FileName: eryka badu - next lifetime.mp3 (6,170,349 bytes)
FileName: Eurythmics - Here Comes The Rain.mp3 (4,876,288 bytes)
FileName: Evanessence - Anywhere.mp3 (5,818,409 bytes)
FileName: Everclear - I Will Buy You A New Life.mp3 (3,809,408 bytes)
FileName: Everclear - I've Seen Better Days.mp3 (3,686,400 bytes)
FileName: Everclear - Romeo and Juliet (1).mp3 (3,761,468 bytes)
FileName: Everclear - Wonderful.mp3 (4,438,308 bytes)
FileName: Everclear-My Daddy Gave Me .mp3 (2,777,904 bytes)
FileName: eyesight to the blind.mp3 (3,718,043 bytes)
FileName: Fabolous - Into You (feat Ashanti).mp3 (6,596,021 bytes)
FileName: Fabolous- Its My Party (instrumental).mp3 (6,551,011 bytes)
FileName: Faces of Death - Motorcycle Crash.mpg (1,064,960 bytes)
FileName: Filter - Take a Picture.mp3 (5,820,917 bytes)
FileName: Fiona Apple - A Mistake.mp3 (4,769,460 bytes)
FileName: Fiona Apple - Criminal.mp3 (5,494,362 bytes)
FileName: Fiona Apple - Limp.mp3 (3,377,656 bytes)
FileName: Fiona Apple - Love Ridden.mp3 (3,245,163 bytes)
FileName: Fiona Apple - Pale September.mp3 (5,610,684 bytes)
FileName: Fiona Apple - Shadowboxer.mp3 (5,187,580 bytes)
FileName: Fiona Apple - Sleep To Dream.mp3 (4,000,415 bytes)
FileName: Fiona Apple - Sullen Girl.mp3 (3,859,406 bytes)
FileName: Fiona Apple - The Child Is Gone.mp3 (4,078,155 bytes)
FileName: Fiona Apple - The First Taste.mp3 (4,591,859 bytes)
FileName: Fionna Apple-Please Send Me Someone To Love.mp3 (3,870,720 bytes)
FileName: Fleetwood Mac - Green Manalishi.mp3 (4,425,728 bytes)
FileName: Floetic - Floetry.mp3 (3,980,822 bytes)
FileName: Foo Fighters - Learn To Fly.mp3 (3,797,705 bytes)
FileName: Foo Fighters - There Goes My Hero.mp3 (4,203,288 bytes)
FileName: Foo Fighters - Walking After You.mp3 (3,957,041 bytes)

Sowle, Dawn-UserLog(Compressed)-87569407.txt
FileName: Foo Fighters-Stairway To Heaven (Live On Kilborn).mp3 (5,627,402 bytes)
FileName: G-Unit - My Buddy.mp3 (5,393,054 bytes)
FileName: George Harrison & Eric Clapton (live) - Something.mp3 (4,956,160 bytes)
FileName: George Harrison with Eric Clapton (live) - While My Guitar Gently Weeps.mp3 (4,265,984 bytes)
FileName: George Michael - Father Figure.mp3 (5,384,192 bytes)
FileName: George Michael - Freedom.mp3 (6,254,887 bytes)
FileName: George Michael - Papa Was a Rolling Stone.mp3 (5,174,462 bytes)
FileName: George Michael - Praying for time.mp3 (4,506,853 bytes)
FileName: George Micheal - Teacher.mp3 (5,613,737 bytes)
FileName: Gimme.mp3 (3,417,609 bytes)
FileName: Give Me The Light- Sean Paul.mp3 (1,968,128 bytes)
FileName: Goo Goo Dolls - Black Balloon.mp3 (3,992,344 bytes)
FileName: Goo Goo Dolls - Here Is Gone - [#googoodolls on efnet].mp3 (3,831,808 bytes)
FileName: Goo Goo Dolls - Iris.mp3 (4,667,951 bytes)
FileName: Goo Goo Dolls - Name.mp3 (4,306,450 bytes)
FileName: Goo Goo Dolls - Slide (1).mp3 (3,395,307 bytes)
FileName: GOODBYE TO YOU - Michelle Branch.mp3 (4,259,840 bytes)
FileName: Grateful Dead & Bob Dylan (live) - Slow Train Coming.mp3 (4,754,285 bytes)
FileName: Guns N' Roses - Coma.mp3 (10,013,344 bytes)
FileName: Hank Williams - Your Cheatin Heart.mp3 (2,574,640 bytes)
FileName: Haunted.Evanescence.wma (1,048,576 bytes)
FileName: hip hop Shine - Bad Boy Anthem.mp3 (4,151,015 bytes)
FileName: Hoobastank-08-The Reason.wma (5,649,375 bytes)
FileName: Hooters, the - 500 Miles.mp3 (4,197,490 bytes)
FileName: Humpty Hump - Humpty Dance.mp3 (6,284,851 bytes)
FileName: I Still Love You.mp3 (3,770,537 bytes)
FileName: I Wish I Was a Little Bit Taller.mp3 (3,984,641 bytes)
FileName: If ever I see You again - Roberta Flack - Old School - Best of.mp3 (3,407,872 bytes)
FileName: Ike & Tina Turner - Proud Mary.mp3 (4,745,090 bytes)
FileName: Incubis-Drive.mp3 (2,789,564 bytes)
FileName: Indigo Girls - Become You - 01 - Moment of Forgiveness.mp3 (3,088,013 bytes)
FileName: indigo girls - blood and fire.mp3 (3,350,802 bytes)
FileName: Indigo Girls - Closer to Fine.mp3 (3,872,809 bytes)
FileName: Indigo Girls - kid fears.mp3 (4,399,104 bytes)
FileName: Indigo Girls - Wild Horses.mp3 (5,939,200 bytes)
FileName: Indigo Girls- Closer I am to Fine.mp3 (3,810,951 bytes)
FileName: Indigo Girls-Gallileo.mp3 (3,994,981 bytes)
FileName: Into You (feat Ashanti).mp3 (6,596,021 bytes)
FileName: IShotTheSheriff_EricClapton.mp3 (4,225,858 bytes)
FileName: Isley Brothers ft. Ron Isley - What Would You Do.mp3 (5,570,560 bytes)
FileName: J. Giles Band - Give it To Me.mp3 (6,280,382 bytes)
FileName: Jackass - Rollerblader tries leap of faith (oUCh) (1).mpg (1,694,232 bytes)
FileName: Jaheim - 05 - Put that Woman First - simplemp3s.mp3 (5,926,245 bytes)
FileName: 06 - The American Dream - Eddie Izzard.MP3 (2,373,571 bytes)
FileName: Jaheim - Put That Woman First (Video).mpg (42,080,632 bytes)
FileName: jammin'.mp3 (5,175,296 bytes)
FileName: Jane Sibery & KdLang- Calling All Angels-Pay it Forward (1).mp3 (4,990,976 bytes)
FileName: Jane's Addiction - Jane Says.mp3 (4,668,412 bytes)
FileName: Janet Jackson - Come Back To Me.mp3 (5,411,891 bytes)
FileName: Janet Jackson - Escapade.mp3 (4,550,031 bytes)
FileName: Janet Jackson - If.mp3 (4,464,072 bytes)
FileName: Janet Jackson - Rhythm Nation.mp3 (5,742,592 bytes)
FileName: Janet Jackson - That's The Way Love Goes.mp3 (4,277,217 bytes)
FileName: Janice Joplin - Mercedies Benz.mp3 (2,151,781 bytes)
FileName: Janice Joplin - Try (Just a Little Bit Harder).mp3 (6,133,023 bytes)
FileName: Janice Joplin -- Son of A Preacher Man.mp3 (2,039,716 bytes)
FileName: Janis Joplin - Amazing Grace- Hi Heel Sneakers.mp3 (2,495,035 bytes)

FileName: janis joplin - ball and chain.mp3 (7,915,461 bytes)
FileName: Janis Joplin - Cry Baby (1).mp3 (1,532,253 bytes)
FileName: Janis Joplin - Feat. Jimi Hendrix - Summertime (live).mp3 (4,257,792 bytes)
FileName: janis joplin - I Can't Stand The Rain.mp3 (3,070,038 bytes)
FileName: Janis Joplin - Leaving on a Jet Plane.mp3 (4,476,928 bytes)
FileName: Janis Joplin - Me And Bobby McGee (1).mp3 (4,372,210 bytes)
FileName: Janis Joplin - Piece Of My Heart.mp3 (4,087,641 bytes)
FileName: Janis Joplin - Son of a Preacher Man.mp3 (2,352,902 bytes)
FileName: Janis Joplin - Summertime.mp3 (3,908,252 bytes)
FileName: JAY-Z, MARY J BLIGE - 19 - ROCK STEADY.MP3 (3,356,672 bytes)
FileName: Jeff Beck & Eric Clapton - Crossroads (Live).mp3 (4,078,574 bytes)
FileName: Jeff Beck & John Mayall - Lady (great bass riffs).mp3 (4,362,748 bytes)
FileName: Jeff Beck & Seal - Manic Depression.mp3 (4,999,168 bytes)
FileName: Jeff Beck - Amazing Grace .mp3 (3,277,411 bytes)
FileName: Jeff Beck,Eric Clapton,Steve Morse- Jimi Hendrix Tribute.mp3 (4,846,284 bytes)
FileName: Jennifer Lopez -- If You Had My Love.mp3 (4,289,097 bytes)
FileName: Jesus Christ Superstar - Opera Rock - Entire Album.Mp3 (116,145,761 bytes)
FileName: Jewel - 05 - Who Will Save Your Soul.mp3 (3,408,000 bytes)
FileName: Jewel - Foolish Games.mp3 (5,421,058 bytes)
FileName: Jewel - Hands Tribute.mp3 (2,264,021 bytes)
FileName: Jewel - National Anthem (USA) (The Star Spangled Banner).mp3 (1,302,528 bytes)
FileName: Jewel - Standing Still (1) (1).mp3 (3,239,936 bytes)
FileName: Jewel -You Were Meant For Me And I Was Meant For You.mp3 (3,608,659 bytes)
FileName: Jewel, Sarah Mclachlan, and The Indigo Girls - The Water Is Wide [Lilith Fair].mp3 (4,150,561 bytes)
FileName: Jewel- I was Meant For You.mp3 (3,143,680 bytes)
FileName: Jewel-Hands.mp3 (3,414,854 bytes)
FileName: Jimmie Vaughan, Eric Clapton, Bonnie Raitt, Robert Cray, B.B. King - Tribute to Stevie Ray Vaughn.mp3 (6,803,456 bytes)
FileName: joe cocker - cry me a river.mp3 (3,816,758 bytes)
FileName: Joe Cocker - She Came In Through The Bathroom Window.mp3 (2,565,143 bytes)
FileName: 01 Jeff Vader.m4a (4,306,598 bytes)
FileName: Joe Cocker - With A Little Help From My Friends.mp3 (4,820,323 bytes)
FileName: Joe Cocker - You Can Leave Your Hat On.mp3 (4,090,402 bytes)
FileName: Joni Mitchell - Blue.mp3 (2,939,561 bytes)
FileName: Jude - I Know.mp3 (4,407,296 bytes)
FileName: KazaaUpdate151.exe (2,813,428 bytes)
FileName: KC & the Sunshine Band - Play That Funky Music White Boy.mp3 (4,090,209 bytes)
FileName: KD Lang - Constant Craving.mp3 (4,458,143 bytes)
FileName: Keep It Together.wma (1,957,260 bytes)
FileName: Kelis - Trick Me - 2.mp3 (4,335,372 bytes)
FileName: Kevin Little - Turn Me On (reggae mix).mp3 (6,216,807 bytes)
FileName: Kinks - Lola.mp3 (3,524,384 bytes)
FileName: Kirk Franklin, R.mp3 (6,156,602 bytes)
FileName: kmd15_en.exe (3,265,981 bytes)
FileName: kmd161_en.exe (2,756,895 bytes)
FileName: kmd171gu_en.exe (1,771,376 bytes)
FileName: kmd200_en.exe (4,895,202 bytes)
FileName: kmd202gu_en (1).exe (3,402,838 bytes)
FileName: kmd210_en.exe (4,136,408 bytes)
FileName: kmd251_en.exe (5,956,027 bytes)
FileName: kmd260_en.exe (7,101,625 bytes)
FileName: kmd263_en.exe (7,143,100 bytes)
FileName: Kopi af David Bowie - Fame.mp3 (4,125,803 bytes)
FileName: Less Than Jake - I Would Walk 500 Miles.mp3 (3,944,448 bytes)
FileName: Lets_Roll.mp3 (4,274,179 bytes)
FileName: Lil Kim feat. 50 Cent - Magic Stick.mp3 (3,383,296 bytes)
FileName: Lil Kim-TheJumpOff FeaturingMr.mp3 (2,857,882 bytes)
FileName: Lil Mo Feat Free - 21 Answers.mp3 (5,018,813 bytes)

FileName: lil troy feat fat pat - Wanna Be A Balla.mp3 (2,835,014 bytes)
FileName: Lil' Kim - Magic Stick.mp3 (5,754,880 bytes)
FileName: Lil' Mo - 21 Answers.mp3 (5,011,328 bytes)
FileName: Lila Mccann- To Get Me To You (Hope Floats Soundtrack).mp3 (3,690,997 bytes)
FileName: Linda Ronstat - Desperado.mp3 (3,473,536 bytes)
FileName: Linda Ronstat - Tracks of My Tears.mp3 (3,096,354 bytes)
FileName: lonesome_day.mp3 (5,352,266 bytes)
FileName: Lord of the Rings complete.mpeg (20,717,572 bytes)
FileName: Lou Reed - Ride Sally Ride.mp3 (3,930,198 bytes)
FileName: Lou Reed - Sweet Jane (1).mp3 (7,655,287 bytes)
FileName: Lou Reed - Take a Walk on the Wild Side.mp3 (3,966,014 bytes)
FileName: Lou Reed Velvet Underground- Heroin (1).mp3 (4,491,548 bytes)
FileName: Louis Armstrong - Its A Wonderful World (1).mp3 (2,267,136 bytes)
FileName: Lulu - To Sir With Love.mp3 (2,676,434 bytes)
FileName: Macy Gray - 02 - Do something.mp3 (4,036,777 bytes)
FileName: macy gray - 03 - Caligula.mp3 (4,374,656 bytes)
FileName: Macy Gray - I Try.mp3 (4,786,176 bytes)
FileName: Macy Gray - Why Didn't You Call Me.mp3 (3,875,090 bytes)
FileName: Mad Season (Live at the Moore)- Voodoo Child 11 (1).mp3 (4,763,648 bytes)
FileName: Mad Season - All Alone.mp3 (4,034,977 bytes)
FileName: Mad Season - I Don't Know Anything.mp3 (4,798,464 bytes)
FileName: Mad Season - I'm Above.mp3 (5,515,264 bytes)
FileName: Mad Season - Lifeless Dead.mp3 (4,305,942 bytes)
FileName: Mad Season - Long Gone Day.mp3 (4,675,291 bytes)
FileName: Mad Season - November Hotel.mp3 (6,862,976 bytes)
FileName: Mad Season - River of Deceit.mp3 (4,866,844 bytes)
FileName: Mad Season - Wake Up.mp3 (7,342,963 bytes)
FileName: Mad Season - X-Ray Mind.mp3 (4,999,168 bytes)
FileName: Madness - Our House.mp3 (3,277,800 bytes)
FileName: Mama Don't Let Your Babies Grow Up To Be Cowboys--Willie Nelson.mp3 (3,215,852 bytes)
FileName: Marvin Gay - Ooh Child.mp3 (3,190,700 bytes)
FileName: Marvin Gay - Whats Going On ^.mp3 (3,718,240 bytes)
FileName: Marvin Gaye - I Heard It Through The Grapevine.mp3 (3,105,178 bytes)
FileName: Marvin Gaye - Mercy Mercy Me.mp3 (3,132,732 bytes)
FileName: Mary J Blige - 02 - Family Affair (mp3wma.net).mp3 (4,298,752 bytes)
FileName: Matchbox 20 - 3am.mp3 (3,601,629 bytes)
FileName: Mathews, Dave, Band - Everyday - 03 - Space Between.mp3 (3,931,742 bytes)
FileName: Mazzy Star - Fade Into You.mp3 (4,728,661 bytes)
FileName: Mazzy Star - Sweet Jane (1).mp3 (2,048,000 bytes)
FileName: MC Hammer - Have You Seen Her.mp3 (4,490,885 bytes)
FileName: MC Hammer - U Can't Touch This.mp3 (4,118,569 bytes)
FileName: Meatloaf & Bonnie - Total Eclipse of The Heart.mp3 (4,309,772 bytes)
FileName: Meatloaf - Bat Out of Hell.mp3 (7,106,792 bytes)
FileName: Meatloaf - Hot Summer Night.mp3 (4,880,384 bytes)
FileName: Meatloaf - I Would Do Anything For Love.mp3 (5,019,926 bytes)
FileName: Meatloaf - Making Love Out Of Nothing At All.mp3 (2,199,552 bytes)
FileName: Meatloaf - Paradise By The Dashboard Light.mp3 (8,143,226 bytes)
FileName: Meatloaf - Two Out Of Three Ain't Bad.mp3 (5,221,672 bytes)
FileName: Melissa Etheridge - I'm The Only One.mp3 (4,708,856 bytes)
FileName: Melissa Ethridge & KD Lang - Baby You Can Sleep While I Drive.mp3 (3,825,264 bytes)
FileName: Melissa Ethridge - Angels Will Fall.mp3 (2,567,942 bytes)
FileName: Melissa Ethridge - Come To My Window.mp3 (3,800,502 bytes)
FileName: Melissa Ethridge - I Wanna Come Over.mp3 (4,647,196 bytes)
FileName: Melissa Ethridge - If I Wanted To.mp3 (3,760,110 bytes)
FileName: Melissa Ethridge - Like The Way I Do.mp3 (3,909,091 bytes)
FileName: Mellissa Etheridge- I Want To Be Inlove New single from SKIN!.mp3 (3,398,062 bytes)
FileName: Metallica - Fade To Black.mp3 (6,607,805 bytes)
FileName: Metallica - One.mp3 (7,119,226 bytes)
FileName: Michelle Branch - All You Wanted.mp3 (3,447,037 bytes)

FileName: Michelle Branch - Drop In The Ocean.mp3 (4,126,571 bytes)
FileName: Michelle Branch - Everywhere (1).mp3 (3,520,470 bytes)
FileName: Michelle Branch - I'd Rather Be In Love.mp3 (3,700,736 bytes)
FileName: Mick Jagger & Tina Turner - It's Only Rock 'n Roll.mp3 (5,748,864 bytes)
FileName: Mick Jagger - Use Me.mp3 (4,825,088 bytes)
FileName: Milkshake.mp3 (2,405,921 bytes)
FileName: Morphine - A Head With Wings.mp3 (3,514,746 bytes)
FileName: Morphine - Cure For Pain - Buena.mp3 (3,203,697 bytes)
FileName: Morphine - Cure For Pain - track09.mp3 (3,105,854 bytes)
FileName: Morris Day & The Time - Jungle Love.mp3 (5,343,232 bytes)
FileName: Motown - Aretha Franklin - Chain Of Fools.mp3 (4,141,056 bytes)
FileName: Movie quotes - Sopranos - Fuckin' Espresso.mp3 (498,207 bytes)
FileName: Muddy Waters - & Johnny Winter Baby Please Don't Go (live).mp3 (3,966,405 bytes)
FileName: Muddy Waters - Blues Masters Volume 08- Mississippi Delta Blues - 10 - I Feel Like Going Home.mp3 (3,043,706 bytes)
FileName: muddy waters - i'm a man.mp3 (3,743,856 bytes)
FileName: Muddy Waters - Stormy Monday Blues.mp3 (4,468,160 bytes)
FileName: Muddy Waters ~ Mannish Boy.mp3 (5,167,647 bytes)
FileName: Muddy Waters-Rock Me.mp3 (3,128,134 bytes)
FileName: Musicology - Prince.mp3 (6,340,608 bytes)
FileName: MVP - 06 - Khriz y Angel (1).mp3 (3,269,781 bytes)
FileName: Neil Young - After The Goldrush.mp3 (3,622,715 bytes)
FileName: Neil Young - Heart of Gold.mp3 (2,989,790 bytes)
FileName: neil young - imagine.mp3 (2,920,576 bytes)
FileName: Neil Young - My My Hey Hey.mp3 (4,017,322 bytes)
FileName: Neil Young - Oh, Lonesome Me.mp3 (3,688,617 bytes)
FileName: Neil Young - Ohio.mp3 (2,856,333 bytes)
FileName: Neil Young - Old Man.mp3 (3,236,776 bytes)
FileName: Neil Young - Southern Man.mp3 (5,275,898 bytes)
FileName: Neil Young - This Notes For You.mp3 (5,347,328 bytes)
FileName: Neil Young - when you dance I can really love.mp3 (3,927,690 bytes)
FileName: Neil Young -- Daddy Went Walkin'.mp3 (6,534,789 bytes)
FileName: Nelly - Shake Ya Tailfeather.mpg (9,481,822 bytes)
FileName: Nelly f Kelly Rowland-Dilemma.mp3 (6,141,557 bytes)
FileName: Niel Young - Why Do I Keep F#%k$@g Up.mp3 (3,811,038 bytes)
FileName: NIN and Static X - Closer (Trance Remix).mp3 (5,468,705 bytes)
FileName: Nine Inch Nails - I'm Afraid Of Americans (with david bowie).mp3 (5,269,340 bytes)
FileName: Nine Inch Nails - The Legend of Zelda Theme (live).MP3 (1,447,407 bytes)
FileName: No Doubt - Don't Speak.mp3 (4,217,754 bytes)
FileName: no doubt - Hey Baby.mp3 (5,072,988 bytes)
FileName: No Doubt - Just a Girl.mp3 (3,348,271 bytes)
FileName: No Doubt - Spiderwebs.mp3 (4,125,928 bytes)
FileName: not funny(fatal car crash) (1).mpg (677,882 bytes)
FileName: Notorious BIG - Miss You.mp3 (4,787,536 bytes)
FileName: Oasis - Don't Go Away.mp3 (4,608,050 bytes)
FileName: Oasis - Live Forever.mp3 (4,461,968 bytes)
FileName: oasis - maybe (1).mp3 (4,415,568 bytes)
FileName: Oasis - So Sally Can Wait.mp3 (4,614,269 bytes)
FileName: Oasis - Supersonic.mp3 (4,538,746 bytes)
FileName: Oldies - Temptations - Lean.mp3 (3,832,813 bytes)
FileName: Oldies-Areatha Franklin- Respect.mp3 (2,875,392 bytes)
FileName: Out Of My Head (Extended Intro Mix).mp3 (4,784,128 bytes)
FileName: P Diddy And Bad Boy - 02 - Special Delivery (Remix) - music-madness.mp3 (2,750,750 bytes)
FileName: P.I.M.P..html (680 bytes)
FileName: pantara- suicide note part 1.mp3 (4,555,047 bytes)
FileName: Pantera - Cowboys From Hell.mp3 (3,950,797 bytes)
FileName: Pantera - Hollow.mp3 (5,532,525 bytes)
FileName: Pantera - I'm Broken.mp3 (4,237,312 bytes)
FileName: Pat Benatar - Hell Is For Children.mp3 (4,736,306 bytes)
FileName: Pat Benatar - Hot Child In The City.mp3 (2,650,112 bytes)

FileName: Pat Benatar - Wuthering Heights.mp3 (3,233,105 bytes)
FileName: Patti Smith - Gloria.mp3 (5,586,484 bytes)
FileName: Patti Smith - Horses - 05 - Kimberly.mp3 (4,216,082 bytes)
FileName: Paul Simon & Art Garfunkel - The Sound Of Silence.mp3 (4,043,300 bytes)
FileName: Paul Simon & Ladysmith Black Mambazo - Amazing Grace.mp3 (2,365,440 bytes)
FileName: Paul Simon - Graceland.mp3 (4,663,624 bytes)
FileName: Paul Simon - Late In The Evening.mp3 (3,744,914 bytes)
FileName: Pearl Jam - Everything In Its Right Place.mp3 (4,739,072 bytes)
FileName: Pearl Jam - Where Can My Baby Be.mp3 (2,390,274 bytes)
FileName: Pennywise - Stand By Me.mp3 (2,984,774 bytes)
FileName: Pepper - Kelis Song.mp3 (4,108,750 bytes)
FileName: Percy Sledge - When A Man Loves A Women)Original).mp3 (2,768,896 bytes)
FileName: Peter Gabriel - In Your Eyes.mp3 (5,273,809 bytes)
FileName: Phill Collins & Eric Clapton - I Wish It Would Rain Down (1).mp3 (5,200,376 bytes)
FileName: Phish - Sweet Jane (live).mp3 (5,754,855 bytes)
FileName: Picture (2).mp3 (4,784,978 bytes)
FileName: Pieces Of You.mp3 (4,105,196 bytes)
FileName: pink floyd - knockin on heavens door.mp3 (1,904,924 bytes)
FileName: Pink Floyd - Learning to Fly (1).mp3 (11,715,524 bytes)
FileName: Pink Floyd - Money (Original Demo-Roger And Acoustic).mp3 (788,320 bytes)
FileName: Pink Floyd - On The Turning Away.mp3 (5,477,049 bytes)
FileName: Pink Floyd - Sorrow.mp3 (8,456,320 bytes)
FileName: Pink Floyd - The Dogs of War.mp3 (5,937,372 bytes)
FileName: Politricks.wma (3,497,470 bytes)
FileName: Pretenders - Chain Gang.mp3 (3,752,565 bytes)
FileName: Pretenders - I'll Stand By You (1).mp3 (3,290,697 bytes)
FileName: Pretenders - I'll Stand By You.mp3 (3,290,697 bytes)
FileName: Prince - 05 - Call My Name.mp3 (7,972,193 bytes)
FileName: Prince - Cream.mp3 (10,125,440 bytes)
FileName: Prince - Darling Nikki (Unreleased Version).mp3 (4,092,869 bytes)
FileName: Prince - Dimonds And Pearls.mp3 (4,553,802 bytes)
FileName: Prince - Purple rain (2).MP3 (5,494,324 bytes)
FileName: Prince and Sheena Easton - You've Got The Look.mp3 (3,615,480 bytes)
FileName: Proclaimers - I Would Walk 500 Miles.mp3 (3,461,826 bytes)
FileName: puff_daddy-ill_be_missing_you.mp3 (3,357,612 bytes)
FileName: Pull The String.wma (1,320,827 bytes)
FileName: pulp fiction - Entire Album.mp3 (39,917,568 bytes)
FileName: PUNK-SKA COVERS - STAND BY ME.mp3 (3,005,962 bytes)
FileName: que te puso a bellaquiar.mp3 (4,109,397 bytes)
FileName: Radiohead - Creep.mp3 (3,788,381 bytes)
FileName: Razel - If Your Mother Only Knew.mp3.mp3 (1,964,160 bytes)
FileName: Red Hot Chilli Pepers - Aeroplane.mp3 (2,861,056 bytes)
FileName: Red Hot Chilly Peppers - Scar Tissue.mp3 (3,478,674 bytes)
FileName: Reggae Gold 2002 - 02 - Sean Paul- Gimme The Light(1).mp3 (5,433,806 bytes)
FileName: REM - Everybody Hurts.mp3 (5,124,725 bytes)
FileName: REM - It's the End of the World.mp3 (3,437,714 bytes)
FileName: REM - Man On The Moon.mp3 (5,027,631 bytes)
FileName: Reo Speedwagon - Take it on the run.mp3 (3,861,002 bytes)
FileName: Ricki Lee Jones - Satellites.mp3 (4,763,062 bytes)
FileName: Ricky Lee Jones - Chuckies in Love.mp3 (3,383,919 bytes)
FileName: Ricky lee jones Don't Let the Sun Catch you Crying.mp3 (4,194,304 bytes)
FileName: Roberta Flack - The First Time Ever I Saw Your Face (1).mp3 (3,874,609 bytes)
FileName: Rod Stewart & Jeff Beck - People Get Ready.mp3 (4,595,712 bytes)
FileName: Rod Stewart - You Wear it Well.mp3 (4,196,686 bytes)
FileName: Roger Waters & Eddie Van Halen - Lost Boys Calling.mp3 (5,091,551 bytes)
FileName: Roger Waters - Radio KAOS - 07 Four Minutes.mp3 (3,840,622 bytes)
FileName: Roger Waters - Radio Kaos - 08 - TheTide isTurning.mp3 (5,501,724 bytes)
FileName: roger waters - radio waves.mp3 (4,769,792 bytes)
FileName: Roger Waters - Wish You Were Here - LIVE - In the Flesh.mp3 (4,718,592 bytes)

FileName: Rollin Stones - Dave Mathew - Wild Horses(live) (1).mp3 (3,545,088 bytes)
FileName: Rolling Stones - Angie .mp3 (3,843,657 bytes)
FileName: Rolling Stones - Get Off Of My Cloud.mp3 (2,823,314 bytes)
FileName: Rolling Stones - Harlem Shuffle.mp3 (3,119,104 bytes)
FileName: Rolling Stones - Heart Of Stone.mp3 (2,658,220 bytes)
FileName: Rolling Stones - Honky Tonk Women.mp3 (2,960,822 bytes)
FileName: Rolling Stones - Let's Spend The Night Together.mp3 (3,498,318 bytes)
FileName: Rolling Stones - Out of Control.mp3 (4,535,275 bytes)
FileName: Rolling Stones - Paint it Black.mp3 (3,611,585 bytes)
FileName: Rolling Stones - Play With Fire.mp3 (2,154,496 bytes)
FileName: Rolling Stones - Satisfaction.mp3 (3,645,440 bytes)
FileName: Rolling Stones - She's So Cold.mp3 (4,055,040 bytes)
FileName: Rolling Stones - Sister Morphine.mp3 (4,678,663 bytes)
FileName: Rolling Stones - Start Me Up.mp3 (3,438,550 bytes)
FileName: Rolling Stones - Sympathy For The Devil.mp3 (6,207,239 bytes)
FileName: Rolling Stones - Tumbling Dice.mp3 (3,649,314 bytes)
FileName: Rollling Stones - Time is On My Side.mp3 (3,865,599 bytes)
FileName: Romeo and Juliet - When Doves Cry.mp3 (2,947,200 bytes)
FileName: Roy Orbison & KD Lang - Crying.mp3 (3,637,532 bytes)
FileName: Rufus And Chaka Kahn - Tell Me Somethin Good.mp3 (3,334,144 bytes)
FileName: Rush-06-Cold Turkey-Eric Clapton.mp3 (3,303,062 bytes)
FileName: S. R. V. - The House Is Rockin'.mp3 (2,310,304 bytes)
FileName: Sade - By Your Side.mp3 (4,388,571 bytes)
FileName: Sade - No Ordinary Love.mp3 (4,423,072 bytes)
FileName: Sade - The Sweetest Taboo.mp3 (4,445,541 bytes)
FileName: Sage Francis - Personal Journals - 08 - Smoke And Mirrors.mp3 (3,622,086 bytes)
FileName: Salt and Pepper - Shoop.mp3 (3,979,389 bytes)
FileName: Santana feat Michelle Branch - The Game of Love .mp3 (6,139,739 bytes)
FileName: Sarah Mcglaughlin - Adia.mp3 (3,914,187 bytes)
FileName: Sarah McGlaughlin - Arms Of The Angel.mp3 (4,356,224 bytes)
FileName: Sarah McGlaughlin - Building A Mystery.mp3 (3,947,394 bytes)
FileName: Sarah Mcglaughlin - I Will Remeber You.mp3 (4,075,520 bytes)
FileName: Save the Day.wma (3,013,828 bytes)
FileName: Seal - Kiss From A Rose.mp3 (4,606,617 bytes)
FileName: sean paul - diwali riddim.MP3 (1,511,072 bytes)
FileName: Sean Paul - Give Me The Light (Buzz Riddim) (1).mp3 (3,516,256 bytes)
FileName: Shyne feat. Barrington Levy - bad boyz anthem.mp3 (4,207,305 bytes)
FileName: Simon & Garfunkle - Bridge Over Troubled Water.mp3 (4,667,060 bytes)
FileName: Simon And Garfunkel - Me And Julio Down By The Schoolyard.mp3 (3,276,928 bytes)
FileName: sinead oconner - nothing compares to you.mp3 (4,962,891 bytes)
FileName: Slug - Hells Playground.mp3 (3,113,464 bytes)
FileName: SMILES AND SOUTHSTAR - TELL ME.mp3 (4,463,513 bytes)
FileName: Smilez And Southstar - Now That You're Gone.mp3 (10,870,969 bytes)
FileName: Smilez And Southstar - Tell Me (1).wma (2,813,421 bytes)
FileName: Smith - Baby it's You .mp3 (3,301,376 bytes)
FileName: Snake And Apple.wma (1,822,147 bytes)
FileName: Soprano's Theme - Woke Up This Morning.mp3 (4,436,096 bytes)
FileName: sorry.wma (3,194,976 bytes)
FileName: Soundtracks-Hope Floats-To Make You Feel My Love.mp3 (3,731,456 bytes)
FileName: Southpark - 417 - A Very Crappy Christmas (DivX).avi (29,286,400 bytes)
FileName: Space Ghost C2C - Baffler Meal.avi (63,764,480 bytes)
FileName: space ghost coast to coast - 75 - fire ant.avi (37,129,176 bytes)
FileName: Speedy_Sientelo.mp3 (5,522,459 bytes)
FileName: Springstein, Bruce - Dancing in the Dark.mp3 (3,895,841 bytes)
FileName: Staind - It's Been A While (UNSENSORED).mp3 (4,265,984 bytes)
FileName: Stained - Fade.mp3 (3,868,672 bytes)
FileName: stevie ray vaughan - the sky is crying.mp3 (4,459,541 bytes)
FileName: Stevie Ray Vaughn & Jeff Beck - I'm going down.mp3 (4,097,966 bytes)
FileName: Stevie Ray Vaughn - Pride and Joy (1).mp3 (3,527,703 bytes)
FileName: Stevie Ray Vaughn - Pride and Joy.mp3 (3,531,799 bytes)
FileName: Stevie Ray Vaughn- Little Sister.MP3 (4,080,824 bytes)

FileName: Sting, Clapton & Jeff Beck - I Shall Be Released (live 1992).mp3 (4,488,256 bytes)
FileName: Stylistics - Hey There Lonely Girl (1).mp3 (2,605,056 bytes)
FileName: Stylistics - I Found Love On A Two Way Street.mp3 (4,195,100 bytes)
FileName: Sublime - 20 - KRS-One.mp3 (3,453,407 bytes)
FileName: Sublime - What I Got (1).mp3 (2,910,336 bytes)
FileName: Sugar Sugar (1).mp3 (3,527,124 bytes)
FileName: Superman- Criptonite.mp3 (3,817,528 bytes)
FileName: Sweet Baby.mp3 (3,681,105 bytes)
FileName: symphony x - smoke and mirrors.mp3 (5,879,828 bytes)
FileName: Talking Heads - And She Was.mp3 (3,506,190 bytes)
FileName: Talking Heads - Take Me to the River.mp3 (4,838,869 bytes)
FileName: Tamia - Officially Missing You (1).MP3 (3,893,836 bytes)
FileName: Tbone Walker & Muddy Waters - Every Day I Have The Blues .mp3 (4,566,922 bytes)
FileName: Temptations - Lean On Me (1) (1).mp3 (2,461,824 bytes)
FileName: Terence Trent D'Arby - Dance Little Sister.mp3 (3,751,350 bytes)
FileName: Terrance Trent Darby - Sign Your Name.mp3 (4,451,265 bytes)
FileName: The Bravery of Being - rare acoustic demo.mp3 (1,332,498 bytes)
FileName: The Doors - Riders On The Storm.mp3 (6,854,246 bytes)
FileName: The Highwaymen (Willie Nelson, Waylon Jennings, Johnny Cash, and Chris Christopherson) - The Highwaymen.mp3 (2,934,784 bytes)
FileName: the rolling stones - anybody seen my baby.mp3 (4,344,150 bytes)
FileName: The Rolling Stones - Wild Horses.mp3 (5,469,038 bytes)
FileName: The Who - Eminance Front.mp3 (5,459,800 bytes)
FileName: Theme Songs- 7th Heaven.mp3 (923,648 bytes)
FileName: Three Doors Down - Kryptonite.mp3 (5,634,656 bytes)
FileName: Tina Turner - I Can't Stand The Rain.mp3 (3,558,966 bytes)
FileName: Tina Turner - Simply the Best.mp3 (4,010,362 bytes)
FileName: Tina Turner - Thunderdome.mp3 (5,927,959 bytes)
FileName: Tina Turner - What's Love Got To Do With It.mp3 (3,688,116 bytes)
FileName: Tina Turner Better be good to me.mp3 (3,543,415 bytes)
FileName: Tina Turner, Elton John & Cher - Proud Mary (LIVE).mp3 (5,792,744 bytes)
FileName: TinaTurner - I Don't Wanna Fight.mp3 (5,806,208 bytes)
FileName: Tom Petty - Breakdown (1).mp3 (2,621,568 bytes)
FileName: Tom Petty - Don't Fade On Me.mp3 (3,397,760 bytes)
FileName: Tom Petty - Into The Great Wide Open.mp3 (3,593,239 bytes)
FileName: Tom Petty - Last Dance With Mary Jane.mp3 (4,350,034 bytes)
FileName: Tom Petty - Learning To Fly2.mp3 (3,778,813 bytes)
FileName: Tom Petty - Runnin' Down a Dream.mp3 (4,223,784 bytes)
FileName: Tom Petty - Wildflowers.mp3 (3,067,904 bytes)
FileName: Tom Petty - You Got Lucky Babe.mp3 (3,459,072 bytes)
FileName: Tom Petty - You Wreck Me.mp3 (3,250,304 bytes)
FileName: Tom Petty And The Heartbreakers - Runaway Train.mp3 (3,193,462 bytes)
FileName: TORI AMOS - Silent All Thes.mp3 (4,023,748 bytes)
FileName: Track14.mp3 (5,437,823 bytes)
FileName: Tracy Chapman - Can I Hold You Tonight.mp3 (3,110,496 bytes)
FileName: Tracy Chapman - Fast Car Live Acoustic.mp3 (6,255,280 bytes)
FileName: Tracy Chapman - Give Me One Good Reason.mp3 (4,391,040 bytes)
FileName: Tracy Chapman-The Promise.mp3 (3,303,552 bytes)
FileName: Trance - techno Gladiator Soundtrack - Main Theme (Trance Mix) (1).mp3 (6,053,320 bytes)
FileName: U2 & Bruce Springstein - Stand By Me [live].mp3 (4,289,208 bytes)
FileName: U2 - Salome - Sweet Baby Jane.mp3 (1,996,610 bytes)
FileName: UB40 - Red Red Wine.mp3 (5,130,449 bytes)
FileName: Underground Hip Hop - Atmosphere feat. J-Fyzical & Binary Star - Beneath The Surface(1).mp3 (6,926,064 bytes)
FileName: Van Morrison - Crazy Love.mp3 (4,099,802 bytes)
FileName: Van Morrison - A Whiter Shade of Pale (1).mp3 (3,839,088 bytes)
FileName: Van Morrison - And It Stoned Me.mp3 (4,352,509 bytes)
FileName: Van Morrison - Into the Mystic.mp3 (3,371,302 bytes)
FileName: Van Morrison - Moondance.mp3 (3,878,235 bytes)
FileName: Van Morrison - Tupelo Honey.mp3 (6,626,369 bytes)

Sowle, Dawn-UserLog(Compressed)-87569407.txt

FileName: Velvet Underground - Dirty Boulevard.mp3 (3,344,394 bytes)
FileName: Vonda Shepard - Ally mc beal - Reason To Believe.mp3 (3,669,063 bytes)
FileName: Wallflowers - One Head Light.mp3 (5,005,312 bytes)
FileName: When Love Comes to Town.wma (2,092,946 bytes)
FileName: Whitney Houston - I Will Always Love You.mp3 (4,372,733 bytes)
FileName: Whitney Houston - Shoop Shoop.mp3 (3,278,976 bytes)
FileName: Whole Again.wma (2,425,559 bytes)
FileName: Willie Nelson - Angels Flying too Close to the Ground.mp3 (4,324,734 bytes)
FileName: Willie Nelson - Be There for You (with Sheryl Crow).mp3 (4,428,782 bytes)
FileName: Willie Nelson - Blue Eyes Crying In The Rain.mp3 (2,259,444 bytes)
FileName: Willie Nelson - Help Me Make It Through The Night.mp3 (3,706,762 bytes)
FileName: Willie Nelson - Last Stand in Open Country (with Kid Rock)_0121121350.mp3 (4,589,278 bytes)
FileName: Willie Nelson - My Heroes Have Always Been Cowboys (1).mp3 (3,014,656 bytes)
FileName: Willie Nelson - You Remain (with Bonnie Raitt).mp3 (5,668,867 bytes)
FileName: winsin & Yandel =dembou.mp3 (2,869,248 bytes)
FileName: Wisin & Yandel - Por Mi Reggae Muero.mp3 (3,480,014 bytes)
FileName: Wisin y Yandel - Dembou.mp3 (2,850,123 bytes)
FileName: WISIN Y YANDEL - Dejate Llevar.mp3 (2,576,939 bytes)
FileName: Wisin Y Yandel - la Gitana.wma (721,388 bytes)
FileName: wisin y yandel - Pegate.mp3 (2,703,864 bytes)
FileName: Wisin y Yandel - una noche mas contigo.MP3 (1,362,240 bytes)
FileName: Wisin y Yandel -Te Suelto El Pelo.mp3 (2,174,601 bytes)
FileName: Wisisn y Yandel No Se (1).mp3 (2,332,800 bytes)
FileName: You Can Sleep While I Drive (Unplugged).mp3 (3,537,006 bytes)
FileName: Young Lay - Black N Dangerous.mp3 (4,388,864 bytes)
FileName: Young MC - Bust A Move.mp3 (4,262,765 bytes)
FileName: Young MC - Fastest Rhyme.mp3 (796,699 bytes)
FileName: young mc - funky cold medina.mp3 (3,962,676 bytes)
FileName: Young MC - Principal's Office.mp3 (4,080,245 bytes)
FileName: eddie izzard on leno (2002-04-05).avi (52,248,576 bytes)