Case 1:06-cv-00244-S-DLM Document 6-1 Filed 11/27/2006 Page 5 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

EDWARD TURNER,

Defendant.

Case No.: 1: 06-cv-00244-S-DLM

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Edward Turner, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Edward Turner has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Edward Turner hereby is entered.

DATED: 11/27/2006

By: Wendy Seile
Deputy Clerk