UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD TURNER,<br><br>Defendant. | Case No.: 1: 06-cv-00244-S-DLM |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on November 27, 2006, the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

Dated: 12/18/06

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; and ARISTA RECORDS LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 18th day of December, 2006 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid and certified mail to Mr. Edward Turner, 90 Calder St. Apt. 2, Pawtucket, RI 02861-1809.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.